**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** ✓ II  **Investigating Agency** FBI

**City** Everett  **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: BRANDON NEIL  Juvenile: ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✓ No

Alias Name: 

Address: (City & State) Everett, MA

Birth date (Yr only): 1996  SSN (last4#): 7703  Sex: M  Race: White  Nationality:

**Defense Counsel if known:** Neil Faigel  Address: 10 Main St Suite L - 2

**Bar Number:**   Andover, MA 01810

**U.S. Attorney Information:**

AUSA: Philip A. Mallard  Bar Number if applicable: 679138

**Interpreter:** ☐ Yes ✓ No  List language and/or dialect: 

**Victims:** ☐ Yes ✓ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ✓ No

✓ Warrant Requested  ☐ Regular Process  ✓ In Custody

**Location Status:**

**Arrest Date:** 02/10/2021

☐ Already in Federal Custody as of _____ in _____.
✓ Already in State Custody at Middleton HOC  ☐ Serving Sentence  ✓ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ✓ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ✓ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/13/2021  Signature of AUSA: *Philip A. Mallard*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   BRANDON NEIL

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841; | Possession with Intent to Distribute, 40 grams of more of Fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____